**STATE of Maine**

v.

**Benjamin ROY.**

Supreme Judicial Court of Maine.

Argued Sept. 20, 1983.

Decided Oct. 12, 1983.

---

vehicle just prior to being arrested. *See State v. Atkinson,* 458 A.2d 1200, 1205 (Me. 1983); *State v. Joy,* 452 A.2d 408, 411 (Me. 1982). The jury verdicts were supported by the testimony of the arresting officer that he followed the vehicle for three-tenths of a mile and upon stopping it found the defendant behind the steering wheel with no other person present in the automobile or in the immediate surrounding area.

The entry is:

Judgments affirmed.

All concurring.

Garry L. Greene (orally), Genevieve Stetson, Asst. Dist. Attys., Machias, for plaintiff.

Brown, Tibbetts, Churchill & Romei, Robert E. Tibbetts (orally), Daniel L. Lacasse, Calais, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

The defendant, Benjamin Roy, appeals from his convictions in Superior Court, Washington County, of operating a motor vehicle under the influence of intoxicating liquor in violation of 29 M.R.S.A. § 1312–B (Supp.1982–83) and of operating a motor vehicle after suspension in violation of 29 M.R.S.A. § 2184 (Supp.1982–83). On each appeal, the sole issue is whether there was sufficient evidence of operation of a motor vehicle to· convict the defendant of each charge.

After reviewing the evidence in the light most favorable to the prosecution, we determine that the jury rationally could conclude beyond a reasonable doubt that the defendant on May 28, 1982 was driving the motor